[Crim. No. 533.    Third Appellate District.—November 19, 1920.]

## THE PEOPLE, Respondent, v. ARCHIE WARNER, Appellant.

[1] CRIMINAL LAW — ASSAULT — RECORD ON APPEAL — ABSENCE OF ERROR.—On this appeal from a judgment of conviction of an assault, it is held that the record presented fails to show the commission of any error.

APPEAL from a judgment of the Superior Court of Stanislaus County. L. M. Fulkerth, Judge. Affirmed.

The facts are stated in the opinion of the court.

Wm. N. Graybiel and L. J. Maddux for Appellant.

U. S. Webb, Attorney-General, and J. Chas. Jones, Deputy Attorney-General, for Respondent.

BURNETT, J.—Defendant was charged with the crime of assault with a deadly weapon. He was convicted of assault and sentenced to pay a fine of $125. The appeal is from the judgment. The evidence has not been brought up and only the judgment-roll is available to ascertain whether any error was committed. [1] The record has been examined, and outside of a clerical mistake in the information, nothing of an irregular nature has been discovered. Said mistake consists of the omission of the defendant's name in one portion of said information, but it is manifest that no prejudice resulted therefrom. Indeed, appellant has not argued the case in this court either orally or by brief, and

this failure may be deemed an admission that no cause exists for a reversal.

The judgment is affirmed.

Prewett, P. J., *pro tem.*, and Hart, J., concurred.